■ The People of the State of New York, Respondent, v Jonathan J. Connolly, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered April 23, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree and attempted arson in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ The People of the State of New York, Respondent, v Joseph Bouse, Appellant. [899 NYS2d 723]—Appeal from a resentence of the Oneida County Court (Michael L. Dwyer, J.), rendered February 27, 2009. Defendant was resentenced upon his conviction of assault in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.